IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR113 |
| vs. | **ORDER** |
| JOSE LUIS MURILLO, | |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss Indictment (Filing No. 31) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Jose Luis Murillo. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss Indictment (Filing No. 31) is granted.
2. The Indictment (Filing No. 1) is hereby dismissed, without prejudice, as to Jose Luis Murillo.

Dated this 27th day of June, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge